UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHAMED A. R.,

             Petitioner,

v.

PAMELA BONDI, TODD M. LYONS,
MARCOS CHARLES, PETER BERG,
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, U.S.
DEPARTMENT OF HOMELAND
SECURITY, AND RYAN SHEA,

             Respondents.

Case No. 25-cv-3196 (LMP/LIB)

**ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED THAT:**

1.     Respondents are directed to file an answer or answers to the petition for a writ of habeas corpus of Petitioner Mahamed A. R. (ECF No. 1) no later than **August 18, 2025**, showing cause why the writ should not be granted in this case.

2.     Respondents' answers should include:

    a.     Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's detention in light of the issues raised in the Petition. Such exhibits should include (1) any Orders of Supervision applicable to Petitioner, (2) any notification that Petitioner has received regarding the reasons for revocation of his release, and (3) evidence sufficient to demonstrate whether Petitioner has been granted any

form of immigration relief or status (including deferral of removal under the Convention Against Torture).

b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

c.    Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

3.    If Petitioner wishes to reply to Respondents' answers, he must file his reply no later than **August 25, 2025**.  After that, neither party may submit additional filings unless authorized by the Court.

Dated: August 11, 2025                    *s/Laura M. Provinzino*

                                          Laura M. Provinzino
                                          United States District Judge